Scott H. Bernstein, Esq.
McCarter & English, LLP
100 Mulberry Street
Four Gateway Center
Newark, New Jersey 07102
*Attorneys for Plaintiff*
*Dell's Maraschino Cherries Co., Inc.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DELL'S MARASCHINO CHERRIES CO., INC., | Civil Action No. 11-6223 |
| Plaintiff, | |
| -against- | |
| KEVIN URSO AND CONNECTED TECHNOLOGY, LLC, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** this ___16th___ day of July, 2012, by and between Plaintiff Dell's Maraschino Cherries Co., Inc. and Defendants Kevin Urso and Connected Technology, LLC that the First Amended Complaint and Counterclaims filed in the above-captioned matter shall be, and hereby are, **DISMISSED WITH PREJUDICE**, with each party to bear its own litigation costs and attorneys' fees.

**MCCARTER & ENGLISH, LLP**

By: _____
Scott H. Bernstein
McCarter & English, LLP
100 Mulberry Street
Four Gateway Center
Newark, New Jersey 07102
*Attorneys for Plaintiff,*
*Dell's Maraschino Cherries, Co., Inc.*

**LAW OFFICES OF STEVE NEWMAN**

By: _____
Steve Newman
Law Offices of Steve Newman
65 Broadway, Suite 2101
New York, New York, 10006
*Attorneys for Defendants,*
*Kevin Urso and Connected Technology,*
*LLC*

Dated: _____
Brooklyn, New York

SO ORDERED:

_____
The Honorable Robert M. Levy
United States Magistrate Judge